AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Russell Road Food and Beverage, LLC,

          Plaintiff,

V.

Frank Spencer, et al.,

          Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:12-cv-01514-LRH-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Judgment is entered in favor of Plaintiff Russell Road and against Defendants Spencer and CHC as to Russell Road's first cause of action for declaratory judgment and as to all of Defendant's counterclaims in this action. Russell Road's remaining claims shall be dismissed without prejudice.

| | |
|---|---|
| May 7, 2014 | /s/ Lance S. Wilson |
| Date | Clerk |
| | /s/ Ari Caytuero |
| | (By) Deputy Clerk |