FILED

MAY 10 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RUSSELL ROAD FOOD AND BEVERAGE, LLC, a Nevada limited liability company,<br><br>        Plaintiff-counter-defendant - Appellee,<br><br> v.<br><br>FRANK SPENCER, an individual and CRAZY HORSE CONSULTING, INC., an Ohio corporation,<br><br>        Defendants-counter-claimants - Appellants. | No. 14-16096<br><br>D.C. No. 2:12-cv-01514-LRH-GWF<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

Before: NOONAN, WARDLAW, and PAEZ, Circuit Judges.

The panel unanimously finds that the facts and legal arguments in this case are adequately presented in the briefs and record, and that the decisional process would not be significantly aided by oral argument. Pursuant to Federal Rule of Appellate Procedure 34(a)(2), it is therefore ordered that the case be submitted on the briefs, without oral argument, on May 12, 2016, in San Francisco, California.

**IT IS SO ORDERED.**