FILED

OCT 26 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RUSSELL ROAD FOOD AND BEVERAGE, LLC, a Nevada limited liability company, <br><br> Plaintiff-counter-defendant-Appellee, <br><br> v. <br><br> FRANK SPENCER, an individual and CRAZY HORSE CONSULTING, INC., an Ohio corporation, <br><br> Defendants-counter-claimants-Appellants. | No.   14-16096 <br><br> D.C. No. 2:12-cv-01514-LRH-GWF District of Nevada, Las Vegas <br><br> ORDER |

Before: NOONAN, WARDLAW, and PAEZ, Circuit Judges.

Appellee's motion for attorneys' fees on appeal pursuant to Federal Rule of Appellate Procedure 38 and 15 U.S.C. § 1117(a) is DENIED.

**IT IS SO ORDERED.**